IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**FLOYD JOHNSON,** **PLAINTIFF**
ADC #077727

v. CASE NO. 2:18-CV-00123 BSM

**HUNTER ETHERDGE, et al.** **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Patricia S. Harris's partial recommended disposition [Doc. No. 84] is adopted, and defendant Etherdge is dismissed without prejudice.

IT IS SO ORDERED this 18th day of September 2019.

_____
UNITED STATES DISTRICT JUDGE