# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**FLOYD JOHNSON,**  **PLAINTIFF**
**ADC #077727**

v.  **CASE NO. 2:18-CV-00123 BSM**

**MICHAEL MELLOW, et al.**  **DEFENDANTS**

## ORDER

Floyd Johnson's objections and notices [Doc. Nos. 109, 114, 118] are illegible. He has had well over a month to submit typed objections and was warned that he would not be given another extension to have his objections typed. Accordingly, the recommended disposition is ripe.

After *de novo* review of the record, United States Magistrate Judge Patricia S. Harris's partial recommended disposition [Doc. No. 108] is adopted, the motion for summary judgment [Doc. No. 92] is granted, and this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE